United States Bankruptcy Court
District of Maryland

In re:  
Harry A. Dunn  
    Debtor

Case No. 20-11869-MCR  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 30, 2023 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 32041853 | Email/Text: flyersprod.inbound@axisai.com | Oct 30 2023 19:15:00 | U.S. Bank National Association, Rushmore Loan Management Services, LLC, PO Box 52708, Irvine CA 92619-2708 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2023      Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Derek Daniel Bathrick | derek@andrewslaw.net |
| Michael T. Cantrell | bankruptcymd@mwc-law.com bankruptcymd@ecf.inforuptcy.com |
| Rebecca A. Herr | ecf@ch13md.com |
| Richard Rogers | rrogers@cgd-law.com bankruptcyecf@cgd-law.com,estamas@cgd-law.com,bbush@cgd-law.com |
| Tommy Andrews | tandrews@andrewslaw.net derek@andrewslaw.net,khill@andrewslaw.net,AndrewsLawFirmPC@jubileebk.net |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Oct 30, 2023 Form ID: trc Total Noticed: 1
TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court
# District of Maryland

Case No. 20-11869
Chapter 13

In re: Debtor(s) (including Name and Address)

Harry A. Dunn
2812 Kingswell Dr.
Silver Spring MD 20902

## NOTICE OF PROPOSED TRANSFER OF CLAIM

Pursuant to Federal Bankruptcy Rule 3001 (e)(2) or (4), notice is hereby given that the Court has received a notice of transfer of your claim. A copy of the document received by this Court transferring your claim is included with this Notice. Please read the document carefully to insure its authenticity and accuracy.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: U.S. Bank National Association, Rushmore Loan Management Services, LLC, PO Box 52708, Irvine CA 92619-2708 | U.S. Bank National Association, et al.<br>c/o Rushmore Servicing<br>PO Box 619096 Dallas, TX 75261 |

## -- DEADLINE TO OBJECT TO TRANSFER --

No action is required if you do not object to the transfer of your claim. If you object to the transfer of your claim you must file a written objection within twenty-one (21) days after the date of this notice with the Court.

Date:   11/01/23

Mark A. Neal
**CLERK OF THE COURT**